IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Cohan | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  23 C 1967 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| LOF2 Lincolnshire, LLC | | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff's motion for leave to amend the complaint and correct the case caption, [9], is granted.  The clerk of the Court is instructed to change the case caption of the case to reflect SPRINGHILL SMC, LLC as the named party defendant, terminate LOF2 LINCOLNSHIRE, LLC as a defendant.  Plaintiff's motion for default, [7], is withdrawn.

Date:  June 22, 2023                                        /s/ Martha M. Pacold