IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-01967 |
| | ) |
| SPRINGHILL SMC, LLC d/b/a | ) Judge Pacold |
| Springhill Suites by Marriott | ) |
| Chicago-Lincolnshire | ) Magistrate Judge Fuentes |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own costs, including attorneys' fees because all matters in controversy have been fully resolved.

          HOWARD COHAN

          By: /s/ *Marshall J. Burt*
               His attorney

Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
1338 S. Federal St. #L
Chicago, IL 60605
312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Jordan B. Schwartz
Conn, Maciel Carey, LLP
5335 Wisconsin Avenue NW, Suite 660
Washington, DC 20015
jschwartz@connmaciel.com

by emailing same on this June 11, 2023.

                                      /s/ *Marshall J. Burt*
                                      Marshall J. Burt